**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JIMMY O. WARREN, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:20-cv-00781 SRC |
| METRO TRANSIT, et al., | ) |
| Defendant(s). | ) |

**Memorandum and Order**

Pursuant to the Memorandum and Orders entered today, Docs. 17 and 18, the Court grants [4] Defendant Local Union 788's Motion to Dismiss and [8] Defendant Metro Transit/Bi-State's Motion for Judgment on the Pleadings and dismisses Plaintiff's Cause of Action with prejudice.

So Ordered this 13th day of January 2021.

_SLR.CR_

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE